UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BASIC FOOD GROUP, LLC,

　　　　　　　　　　　　　Debtor.

BASIC FOOD GROUP, LLC, JAE HO LEE, *and*
SOYOUN PARK,

　　　　　　　　　　　　　Appellants,

　　　　　v.

SAMUEL AHNE, AHNE LAW, P.C., *and*
CHEOL MIN KIM,

　　　　　　　　　　　　　Appellees.

**Bankruptcy Appeal
Scheduling Order**

26 Civ. 348 (ER)

　　　　The above-entitled Bankruptcy Appeal has been assigned to Judge Ramos.  The appeal

was docketed in the District Court on **January 14, 2026**.  The attention of all parties is directed

to Rule 8018 of the Federal Bankruptcy Rules, which provides for the dates within which briefs

are to be served and filed.  That rule will be adhered to.

　　　　The Court will advise the parties of the date and time of any oral argument to be

scheduled.

It is SO ORDERED.

Dated:  January 20, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.