# KIMM LAW FIRM


333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
Tel 201-569-2880
Fax 201-569-2881

**PLEASE REPLY TO**
**ENGLEWOOD CLIFFS**

295 Madison Avenue, 12th Floor
New York, New York 10017
Tel 917-477-8500
Fax 201-569-2881

Writer's email: msk@kimmlaw.com


August 6, 2026

By ECF

Hon. Edgardo Ramos, U.S.D.J.
United States Bankruptcy Court, SDNY
One Bowling Green - Court Room
New York, New York 10004

Re: Lee v. Cheol Kim; Bankr. Appeal Docket No. 1:26-cv-000290-ER
Lee v. Ahne, Bankr. Appeal Docket No. 1:26-cv-00348-ER

Dear Judge Ramos:

I represent the appellants in this bankruptcy appeal, under two SDNY appellate dockets, arising from the same case below, but tried separately.

Tomorrow is the due date of our opening brief and appendix in the "290" case, but I write to request a week's extension due to an overload this week.

Respondents' counsel Robert Basil, Esq., consents.

Thank you for your consideration.

Respectfully,

/s/ Michael Kimm

Michael S. Kimm

cc all counsel by ECF

The request is granted.

SO ORDERED.

[signature]

Edgardo Ramos, U.S.D.J.
Dated: August 7, 2026
New York, New York